**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
District Judge Gordon P. Gallagher**

Civil Action No. 26-cv-01056-GPG

JOSE MAZARIEGOS-GODINEZ,

     Petitioner,

v.

GEORGE VALDEZ, Acting Director, Denver Field Office, U.S. Immigrations and Customs Enforcement,
MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security,
TODD BLANCHE, Acting Attorney General of the United States,
JUAN BALTAZAR, Warden, Denver Contract Detention Facility,

     Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Federal Rules of Civil Procedure 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [D. 25] entered by United States District Judge Gordon P. Gallagher on July 27, 2026, it is

ORDERED that Respondent's Motion for Extension of Time [D. 24] is DENIED. It is further

ORDERED that Petitioner is to be IMMEDIATELY RELEASED. It is further

ORDERED that the Court will be notified by ECF filing no later than 11:59 p.m. on July 27, 2026, that the Petitioner has been released.

ORDERED that this case will be closed with the confirmation filing of Petitioners release.

DATED at Grand Junction, Colorado, this 27th day of July 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk
By:     s/D. Clement
        Deputy Clerk